MARY E. LENIHAN, as Administratrix, etc., of HARRY LENIHAN, Deceased, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff file a stipulation reducing the verdict to the sum of $15,000, and modifying the judgment accordingly. If such stipulation be given, the judgment, as modified, and the order are unanimously affirmed, without costs. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

MARY E. LENIHAN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff file a stipula-

tion reducing the verdict to the sum of $2,000, and modifying the judgment accordingly. If such stipulation be given, the judgment, as modified, and the order are unanimously affirmed, without costs. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.